UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-　　　　　　　　　　　　　　02-CR-441 (LAP)

JAMES CUTLER,　　　　　　　　　　　　　　ORDER

        Defendant.

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Government shall respond to Mr. Cutler's letter of January 7, 2018 (dkt. no. 417) no later than August 18, 2020.

**SO ORDERED.**

Dated:  August 11, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.