UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

JAMES CUTLER,

        Defendant.

02-CR-441 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On August 11, the Court ordered the Government to respond no later than August 18 to Mr. Cutler's letter of January 7, 2018. (Dkt. no. 419.) No response has been docketed.

    The Government will be given a final chance to respond no later than Friday, August 28.

**SO ORDERED.**

Dated:  August 25, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.