

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2020

Honorable Loretta A. Preska
Senior United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. James Cutler*, 02 Cr. 441 (LAP)

Dear Judge Preska:

    The United States respectfully submits this letter in connection with the Order issued by Your Honor on August 25, 2020 directing the Government to file a response to defendant James Cutler's letter of January 7, 2018. In particular, we write to provide the Court with an update regarding resolution of the core issue raised by Mr. Cutler --- viz., the amount of taxes, interest, and other amounts due by Erika Cutler (the defendant's wife) to the IRS for the 2005 and 2005 tax years. We also write to request, with the consent of the defendant, a further extension of time, until October 26, 2020, to file our response. As explained below, such an extension is essential in order to gather additional records essential to our reply.

    First, we wish to report to the Court that the Government and the defendant have engaged in a productive series of discussions in an attempt to narrow and possibly resolve the defendant's claims. One of the issues that has emerged is whether and when certain of the IRS tax payments (described in the report submitted to this Court by Trustee John Murtha) were transmitted to the IRS, what instructions accompanied those transmissions, and whether and how the IRS applied those payments to Erika Cutler's 2005 and 2006 tax liabilities. In order to make those determinations, however, the Government and Mr. Cutler need un-redacted copies of the tax payments made by Mr. Murtha. (Recall that Mr. Murtha, consistent with this Court's ECF redaction rules, submitted a small group of redacted checks when he filed his accounting.) Towards that end, we have contacted Mr. Murtha seeking copies of those checks, and fervently hope to receive them shortly. In addition, because certain of the payment checks were apparently given by Mr. Murtha to Erika Cutler's attorney (Sally Armstrong) in order to transmit to the IRS, we will need to get the pertinent documents from her. Once these documents are obtained, the parties can determine the true and correct amounts that are currently due by Erika Cutler to the IRS. In particular, the checks and other transmittal documents will help resolve why certain of the payments failed to show up on IRS transcripts of payment, and why certain payments were applied by the IRS to the 2003 tax year rather than 2005. If the payments were not applied correctly by the IRS, then a recalculation of the 2005 liabilities would be appropriate, leading to a reduction of the

outstanding liabilities for that year. A determination of the current, correct liabilities will shape the parties' positions going forward, and could lead to resolution of the current dispute.

Given the foregoing, the Government requests (with Mr. Cutler's consent) an extension of time until October 26, 2020 to submit its response. This time frame is premised on our ability to obtain the pertinent records from Mr. Murtha (who was responsible for issuing the checks) and, if necessary, Sally Armstrong (Erika Cutler's attorney, who, according to Mr. Murtha, had been sent certain of the payments, in order to transmit them to the IRS). In the event we are unable to obtain voluntarily the pertinent documents from Mr. Murtha and, if necessary, Ms. Armstrong, we may revert to the Court to obtain an order directing them to comply.

Thank you for considering this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  \_\_\_\_//s//_____
Stanley J. Okula, Jr.
Senior Litigation Counsel—DOJ Tax
(202) 514-2839

cc: James Cutler, *Pro Se*
AUSA Mitzi Steiner
John Murtha, Trustee

The extension request is approved.
SO ORDERED.

Dated: September 25, 2020

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.