UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES CUTLER,<br><br>                    Defendant. | No. 02-CR-441 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's letter (dkt. no. 428) opposing the relief requested in Mr. Cutler's letters dated January 7, 2018 (dkt. no. 418) and November 13, 2020 (dkt. no. 426).  Mr. Cutler may file a reply by no later than January 22, 2021.

**SO ORDERED.**

Dated:    December 14, 2020
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge