UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES CUTLER,

                    Defendant.

No. 02-CR-441 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Internal Revenue Service ("IRS") shall file a letter outlining the IRS's view regarding (1) Mr. Cutler's requests in his letters of January 7, 2018, (dkt. no. 428), November 13, 2020 (dkt. no. 426), and June 28, 2021, (dkt. no. 433); and (2) the effects of the order entered at docket number 292 in In re Sage Ranch Estates, LLC, No. 06-50111 (GWZ) (Bankr. D. Nev. Sept. 26, 2013) vis-à-vis Erika Cutler's tax liability for the years 2005 and 2006.  That letter shall be filed no later than August 13, 2021.  Counsel for the Government shall serve this order on the IRS and indicate such service on the docket.

**SO ORDERED.**

Dated:    July 29, 2021
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1