UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES CUTLER,<br><br>      Defendant. | No. 02-CR-441 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the Government's letters of August 20, 2021.  (See dkt. nos. 437 & 438.)  Mr. Cutler may respond no later than September 3, 2021.

**SO ORDERED.**

Dated:  August 23, 2021
     New York, New York

          */s/ Loretta A. Preska*
          _____
          LORETTA A. PRESKA
          Senior United States District Judge